```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12368
   GEORGE B DANDRIDGE
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-7443


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/11/07 and confirmed on 09/19/07.

   2.  The case was dismissed after confirmation, 09/05/2008.

   3.  The Debtor paid a total of $    9882.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
WASHINGTON MUTUAL BANK   CURRENT MORTG         .00             .00            .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE       848.48            .00         848.48
GMAC                     SECURED               .00             .00            .00
GMAC                     MORTGAGE ARRE      4561.17            .00        4561.17
AT&T BROADBAND           UNSECURED        NOT FILED            .00            .00
CAPITAL ONE BANK         UNSECURED           714.18            .00            .00
CHASE MANHATTAN BANK USA UNSECURED        NOT FILED            .00            .00
CITIFINANCIAL            UNSECURED        NOT FILED            .00            .00
FIRST MIDWEST BANK       UNSECURED        NOT FILED            .00            .00
GE MONEY BANK            UNSECURED        NOT FILED            .00            .00
FEDERATED MACYS          UNSECURED           398.89            .00            .00
NICOR GAS                UNSECURED          1857.33            .00            .00
WEBB BOYS LWASING CORP   UNSECURED        NOT FILED            .00            .00
AMERICAN COLLECTION      UNSECURED        NOT FILED            .00            .00
ILLINOIS DEPT REVENUE    PRIORITY            394.17            .00         150.86
JEFFERSON CAPITAL SYSTEM UNSECURED           880.59            .00            .00
          Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED    OTHER       TOTAL

TOTAL CLMS ALLOWED  5409.65    394.17      3850.99        .00      9654.81
PRINCIPAL PAID      5409.65    150.86         .00         .00      5560.51
INTEREST PAID          .00        .00         .00         .00          .00
TOTAL PAID          5409.65    150.86         .00         .00      5560.51
The Debtor's attorney, ZALUTSKY & PINSKI          , was allowed $   3500.00
and was paid $    3500.00 .

The Trustee received $     497.49 .

Refunds to the Debtor totaled $    324.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/16/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE






                            PAGE   2
          CASE NO. 07 B 12368 GEORGE B DANDRIDGE